IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

IN RE:
ATTORNEY ADMISSION
for the following Applicants:

Case No. 2:26-LA-1

Leila Larsen                    Charles P. Yezbak, III

## MOTION FOR ADMISSION TO PRACTICE

COMES NOW, F. Braxton Terry, Chairperson of the Standing Committee for Admissions in Greeneville, Tennessee, upon Application for Admission by the above-stated attorney ("the attorney"), and would show unto the Court as follows:

The Admissions Committee has examined the credentials on file in the Office of the Clerk for the attorney and is satisfied that the attorney possesses the necessary qualifications for admission to practice in the Bar of this Court.

THEREFORE, the undersigned would respectfully move the Court for the admission of the attorney to membership in the Bar of the United States District Court for the Eastern District of Tennessee by court order.

F. BRAXTON TERRY, CHAIRMAN OF THE
STANDING COMMITTEE FOR ADMISSIONS